# UNITED STATE DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BNSF RAILWAY COMPANY., a Delaware Corporation; and DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO.:  4:24-cv-06319-HSG<br><br>[Assigned to Hon. Haywood S. Gilliam, Jr., Courtroom 2]<br><br>**ORDER RE CROSS-MPSJS ON THE DUTY TO DFEFEND**<br><br>CTRM: 2<br>JUDGE: Hon. Haywood S. Gilliam, Jr.<br><br>Date Filed:  09/06/24<br>Trial Date: None Set |

Having reviewed the parties' stipulation for their Cross-Motions for Partial Summary Judgment solely on the issue of Travelers' alleged duty to defend, the below schedule is hereby ordered:

| | |
|---|---|
| **Opening Cross-Motions (25 page limit):** | **November 3, 2025** |
| **Oppositions (25 page limit):** | **November 17, 2025** |
| **Reply (5 page limit):** | **November 24, 2025** |
| **Hearing:** | **December 11, 2025** |

1

**ORDER RE CROSS-MPSJS ON THE DUTY TO DFEFEND**

IT IS SO ORDERED.

DATED: 8/5/2025

_____
The Hon. Haywood S. Gilliam, Jr.